IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TEMITOPE OLAGESHIN | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-398 |
| TDCJ, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Temitope Olageshin, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983 against the Texas Department of Criminal Justice (TDCJ), the University of Texas Medical Branch (UTMB), James Mannheim, Angela Chevalier, Tina Tomkins, Hollis Wilcox, Jacquelyn Womack, Glenda Brandin, Tonia Lame, Siedah Thomas, Ayani Edmonson, Quisha Moton, Jane Foreman, and Karmyn Leal.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On February 10, 2026, the magistrate judge recommended denying Plaintiff's motions for injunctive relief and a hearing. To date, the parties have not filed objections to the Report and Recommendation.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. Proper notice was given to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). After careful

review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge [Dkt. 24] is ADOPTED.  Plaintiff's motions for injunctive relief and a hearing [Dkts. 15, 16, 18 and 19] are DENIED.

**SIGNED this 13th day of March, 2026.**

_____

Michael J. Truncale
United States District Judge