IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TEMITOPE OLAGESHIN | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-398 |
| TDCJ, ET AL. | § | |

ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Temitope Olageshin, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On April 1, 2026, the magistrate judge recommended denying Plaintiff's Motion for Injunctive Relief. Plaintiff filed Objections to the Magistrate Judge's Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the Court concludes the objections are without merit.

ORDER

Accordingly, Plaintiff's Objections [Dkt. 28] are OVERRULED. The findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation [Dkt. 26] is ADOPTED. Plaintiff's Motion for Injunctive Relief [Dkt. 20] is DENIED.

**SIGNED this 16th day of September, 2026.**

Michael J. Truncale
United States District Judge